Michael G. Chapman, Esq. (SBN 1630)
Steven M. Silva, Esq. (SBN12492)
FENNEMORE CRAIG, P.C.
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2271   Fax: 775-788-2291
mchapma@fclaw.com; ssilva@fclaw.com

Anne Marie O'Brien (NE Bar # 18271)
Michael L. Storey (NE Bar # 24960)
LAMSON, DUGAN & MURRAY, LLP
10306 Regency Parkway Drive
Omaha, NE 68114
Tel: (402) 397-7300   Fax: (402) 397-7824
aobrien@ldmlaw.com; mstorey@ldmlaw.com
*Attorneys for Plaintiff Union Pacific Railroad Company, a Delaware Corporation*



## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WINECUP GAMBLE, INC., a Nevada Corporation; and PAUL FIREMAN, an individual,<br><br>Defendants. | CASE NO. 3:17-cv-00477-LRH-VPC<br><br>ORDER<br><br>STIPULATION AND REQUEST TO VACATE CASE MANAGEMENT CONFERENCE |

COMES NOW Plaintiff Union Pacific Railroad Company ("Plaintiff"), Defendant Winecup Gamble, Inc., and Defendant Paul Fireman ("Defendants") and request that the case management conference scheduled for December 14, 2017 at 10:30 a.m. be vacated. In support of this request, the parties stipulate:

1. Defendants' Answers to the Amended Complaint are due December 8, 2017.

1

2. Plaintiff intends to serve Defendants with initial discovery the week of December 11, 2017.

3. Therefore, there are no discovery issues at this time to bring before the Court.

WHEREFORE, Plaintiff and Defendants request that the case management conference scheduled for December 14, 2017 at 10:30 a.m. be vacated.

**STIPULATED AND AGREED to on this 8th day of December, 2017**

| Respectfully submitted,<br><br>LAMSON, DUGAN & MURRAY, LLP<br><br>/s/ Michael Storey<br>Anne Marie O'Brien (NE Bar # 18271)<br>Michael L. Storey (NE Bar # 24960)<br>Lamson, Dugan & Murray, LLP<br>10306 Regency Parkway Drive<br>Omaha, NE 68114<br>Tel: (402) 397-7300   Fax: (402) 397-7824<br>aobrien@ldmlaw.com<br>mstorey@ldmlaw.com<br><br>and<br><br>Michael G. Chapman (NV Bar # 1630)<br>Steven M. Silva (NV Bar #12492)<br>Fennemore Craig, P.C.<br>300 E 2nd Street Suite 1510<br>Reno, NV 89501<br>Tel: (775) 788-2200   Fax: (775) 786-1177<br>mchapman@fclaw.com<br>ssilva@fclaw.com<br>*Attorneys for Plaintiff Union Pacific Railroad Company, a Delaware Corporation* | Respectfully submitted,<br><br>SNELL & WILMER, L.L.P<br><br>/s/ Michael R. Menssen<br>William E. Peterson, Bar No. 1528<br>Ryan Stodtmeister, Bar No. 14281<br>50 West Liberty Street, Suite 510<br>Reno, Nevada 89501<br><br>and<br><br>David J. Jordan, Utah Bar No. 1751<br>Michael R. Menssen, Utah Bar No. 15424<br>Stoel Rives LLP<br>201 S. Main Street, Suite 1100<br>Salt Lake City, UT 84111<br>*Attorneys for Defendant Winecup Gamble, Inc. and for Defendant Paul Fireman* |

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: December 8, 2017