PARSONS BEHLE & LATIMER
Michael R. Kealy, Esq., NV Bar No. 971
Ashley C. Nikkel, Esq., NV Bar No. 12838
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: (775) 323-1601
Email: mkealy@parsonsbehle.com
anikkel@parsonsbehle.com

*Attorneys for Plaintiff*
*Union Pacific Railroad Company*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,<br><br>Plaintiff,<br>v.<br><br>WINECUP GAMBLE, INC., a Nevada corporation; and PAUL FIREMAN, an individual,<br><br>Defendants. | Case No. 3:17-cv-00477-LRH-VPC<br><br>**STIPULATION AND REQUEST TO VACATE CASE MANAGEMENT CONFERENCE** |

Plaintiff UNION PACIFIC RAILROAD COMPANY ("Plaintiff"), Defendant WINECUP GAMBLE, INC., and Defendant PAUL FIREMAN ("Defendants") hereby stipulate and request that the case management conference scheduled for January 16, 2018 at 10:00 a.m. be vacated.

In support of this request, the parties stipulate:

1. Defendant Fireman served Plaintiff with his First Set of Discovery Requests, consisting of interrogatories and requests for production of documents on December 18, 2017.

2. Plaintiff is in the process responding to Defendant Fireman's First Set of Discovery Requests, which are due on January 22, 2018.

3. Plaintiff intends to serve Defendants with its own discovery requests at the end of January or beginning of February.

Therefore, there are no discovery issues at this time to bring before the Court.

WHEREFORE, Plaintiff and Defendants request that the case management conference scheduled for January 16, 2018 at 10:00 a.m. be vacated.

STIPULATED AND AGREED to on this 9th day of January, 2018.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| PARSONS BEHLE & LATIMER | SNELL & WILMER, L.L.P. |
| /s/ Ashley C. Nikkel | /s/ Ryan Stodtmeister |
| Michael R. Kealy, Bar No. 971<br>Ashley C. Nikkel, Bar No. 12838<br>50 W. Liberty Street, Suite 750<br>Reno, Nevada 89501<br>Telephone: (775) 323-1601<br>Email: mkealy@parsonsbehle.com<br>anikkel@parsonsbehle.com | William E. Peterson, Bar No. 1525<br>Ryan Stodtmeister, Bar No. 14281<br>50 W. Liberty Street, Suite 510<br>Reno, Nevada 89501<br>Telephone: (775) 785-5440<br>Email: wpeterson@swlaw.com<br>rstodtmeister@swlaw.com |
| *Attorneys for Plaintiff Union Pacific Railroad Company* | - and -<br><br>David J. Jordan, Utah Bar No. 1751<br>Michael R. Menssen, Utah Bar No. 15424<br>Stoel Rives, LLP<br>201 S. Main Street, Suite 1100<br>Salt Lake City, UT 84111<br>Telephone: (801) 328-3131<br>Email: david.jordan@stoel.com<br>michael.menssen@stoel.com<br><br>*Attorneys for Defendant Winecup Gamble, Inc., and for Defendant Paul Fireman* |

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: January 10, 2018