PARSONS BEHLE & LATIMER
Michael R. Kealy, Esq., NV Bar No. 971
Ashley C. Nikkel, Esq., NV Bar No. 12838
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: (775) 323-1601
Email: mkealy@parsonsbehle.com
anikkel@parsonsbehle.com

*Attorneys for Plaintiff
Union Pacific Railroad Company*



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,<br><br>Plaintiff,<br>v.<br><br>WINECUP GAMBLE, INC., a Nevada corporation; and PAUL FIREMAN, an individual,<br><br>Defendants. | Case No. 3:17-cv-00477-LRH-VPC<br><br>ORDER<br><br>**STIPULATION AND REQUEST TO VACATE CASE MANAGEMENT CONFERENCE** |

Plaintiff UNION PACIFIC RAILROAD COMPANY ("Plaintiff"), Defendant WINECUP GAMBLE, INC., and Defendant PAUL FIREMAN ("Defendants") hereby stipulate and request that the case management conference scheduled for February 15, 2018 at 10:00 a.m. be vacated.

In support of this request, the parties stipulate:

1. Defendant Fireman served Plaintiff with his First Set of Discovery Requests, consisting of interrogatories and requests for production of documents on December 18, 2017.

2. Plaintiff provided responses to the interrogatories and requests for production of documents on January 15, 2018.

3. Due to objections to many of the requests for production of documents, the parties held telephonic a meet and confer on January 26, 2018, to clarify the requests and narrow the scope of production.

4. Plaintiff is currently working to respond to the requests for production of documents and will be producing documents on a rolling basis.

5. Plaintiff intends to serve Defendants with its first set of discovery requests within the next week.

Therefore, there are no discovery issues at this time to bring before the Court.

WHEREFORE, Plaintiff and Defendants request that the case management conference scheduled for February 15, 2018 at 10:00 a.m. be vacated.

STIPULATED AND AGREED to on this 9th day of February, 2018.

Respectfully submitted,

PARSONS BEHLE & LATIMER

/s/ Ashley C. Nikkel
Michael R. Kealy, Bar No. 971
Ashley C. Nikkel, Bar No. 12838
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: (775) 323-1601
Email: mkealy@parsonsbehle.com
anikkel@parsonsbehle.com

*Attorneys for Plaintiff Union Pacific Railroad Company*

Respectfully submitted,

SNELL & WILMER, L.L.P.

/s/ Ryan Stodtmeister
William E. Peterson, Bar No. 1525
Ryan Stodtmeister, Bar No. 14281
50 W. Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: (775) 785-5440
Email: wpeterson@swlaw.com
rstodtmeister@swlaw.com

- and -

David J. Jordan, Utah Bar No. 1751
Michael R. Menssen, Utah Bar No. 15424
Stoel Rives, LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: (801) 328-3131
Email: david.jordan@stoel.com
michael.menssen@stoel.com

*Attorneys for Defendant Winecup Gamble, Inc., and for Defendant Paul Fireman*

IT IS SO ORDERED.
_____
U.S. MAGISTRATE JUDGE
DATED: February 12, 2018

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the law firm of Parsons Behle & Latimer and that on the 9th day of February, 2018, I filed a true and correct copy of the foregoing **STIPULATION AND REQUEST TO VACATE CASE MANAGEMENT CONFERENCE** with the Clerk through the Court's CM/ECF system, which sent electronic notification to all registered users as follows:

William E. Peterson, Bar No. 1525
Ryan Stodtmeister, Bar No. 14281
50 W. Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: (775) 785-5440
Email: wpeterson@swlaw.com
rstodtmeister@swlaw.com

David J. Jordan, Utah Bar No. 1751
Michael R. Menssen, Utah Bar No. 15424
Stoel Rives, LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: (801) 328-3131
Email: david.jordan@stoel.com
michael.menssen@stoel.com

*Attorneys for Defendant Winecup Gamble, Inc.
and for Defendant Paul Fireman*

                                     /s/ Tracy L. Brown
                                     Employee of Parsons Behle & Latimer