PARSONS BEHLE & LATIMER
Michael R. Kealy, Esq., NV Bar No. 971
Ashley C. Nikkel, Esq., NV Bar No. 12838
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: (775) 323-1601
Email: mkealy@parsonsbehle.com
anikkel@parsonsbehle.com

*Attorneys for Plaintiff*
*Union Pacific Railroad Company*



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,<br><br>Plaintiff,<br>v.<br><br>WINECUP GAMBLE, INC., a Nevada corporation; and PAUL FIREMAN, an individual,<br><br>Defendants. | Case No. 3:17-cv-00477-LRH-VPC<br><br>ORDER<br><br>**STIPULATION AND REQUEST TO VACATE CASE MANAGEMENT CONFERENCE** |

Plaintiff UNION PACIFIC RAILROAD COMPANY ("Plaintiff"), Defendant WINECUP GAMBLE, INC., and Defendant PAUL FIREMAN ("Defendants") hereby stipulate and request that the case management conference scheduled for March 15, 2018 at 10:00 a.m. be vacated.

In support of this request, the parties stipulate:

1. Defendant Fireman served Plaintiff with his First Set of Discovery Requests, consisting of interrogatories and requests for production of documents on December 18, 2017.

2. Plaintiff provided responses to the interrogatories and requests for production of documents on January 15, 2018.

3. Due to objections to many of the requests for production of documents, the parties held a telephonic meet and confer on January 26, 2018.

4. Plaintiff is diligently working to gather and produce the documents in response to Fireman's request for production of documents, but they are voluminous.

5. On March 6, 2018, Plaintiff served Defendant Winecup Gamble, Inc. with its first set of interrogatories and requests for production of documents.

6. Defendants noticed a deposition for the Person Most Knowledgeable at the Nevada Division of Water Resources, set for March 20, 2017 at 10:00 a.m., in Reno.

7. Additional deposition notices will likely be forthcoming in the next month.

Therefore, there are no discovery issues at this time to bring before the Court.

WHEREFORE, Plaintiff and Defendants request that the case management conference scheduled for March 15, 2018 at 10:00 a.m. be vacated.

STIPULATED AND AGREED to on this 9th day of March, 2018.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| PARSONS BEHLE & LATIMER | SNELL & WILMER, L.L.P. |
| /s/ Ashley C. Nikkel | /s/ Michael R. Menssen |
| Michael R. Kealy, Bar No. 971 | William E. Peterson, Bar No. 1525 |
| Ashley C. Nikkel, Bar No. 12838 | Ryan Stodtmeister, Bar No. 14281 |
| 50 W. Liberty Street, Suite 750 | 50 W. Liberty Street, Suite 510 |
| Reno, Nevada 89501 | Reno, Nevada 89501 |
| Telephone: (775) 323-1601 | Telephone: (775) 785-5440 |
| Email: mkealy@parsonsbehle.com | Email: wpeterson@swlaw.com |
| anikkel@parsonsbehle.com | rstodtmeister@swlaw.com |
| | - and - |
| *Attorneys for Plaintiff Union Pacific Railroad Company* | David J. Jordan, (Admitted Pro Hac Vice) |
| | Michael R. Menssen, (Admitted Pro Hac Vice) |
| | Stoel Rives, LLP |
| | 201 S. Main Street, Suite 1100 |
| | Salt Lake City, UT 84111 |
| | Telephone: (801) 328-3131 |
| | Email: david.jordan@stoel.com |
| | michael.menssen@stoel.com |
| | *Attorneys for Defendant Winecup Gamble, Inc., and for Defendant Paul Fireman* |

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: March 12, 2018

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the law firm of Parsons Behle & Latimer and that on the 9th day of March, 2018, I filed a true and correct copy of the foregoing **STIPULATION AND REQUEST TO VACATE CASE MANAGEMENT CONFERENCE** with the Clerk through the Court's CM/ECF system, which sent electronic notification to all registered users as follows:

William E. Peterson, Bar No. 1525
Ryan Stodtmeister, Bar No. 14281
50 W. Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: (775) 785-5440
Email: wpeterson@swlaw.com
rstodtmeister@swlaw.com

David J. Jordan, (Admitted Pro Hac Vice)
Michael R. Menssen, (Admitted Pro Hac Vice)
Stoel Rives, LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: (801) 328-3131
Email: david.jordan@stoel.com
michael.menssen@stoel.com

*Attorneys for Defendant Winecup Gamble, Inc.
and for Defendant Paul Fireman*

                                              /s/ Tracy L. Brown
                                              Employee of Parsons Behle & Latimer