1  PARSONS BEHLE & LATIMER
   Michael R. Kealy, Esq., NV Bar No. 971
2  Ashley C. Nikkel, Esq., NV Bar No. 12838
3  50 W. Liberty Street, Suite 750
   Reno, Nevada 89501
4  Telephone: (775) 323-1601
   Email: mkealy@parsonsbehle.com
5  anikkel@parsonsbehle.com

6  *Attorneys for Plaintiff*
7  *Union Pacific Railroad Company*

FILED / ENTERED  RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

NOV - 1 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,<br><br>Plaintiff,<br>v.<br><br>WINECUP GAMBLE, INC., a Nevada corporation; and PAUL FIREMAN, an individual,<br><br>Defendants. | Case No. 3:17-cv-00477-LRH-CBC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF REBUTTAL EXPERT DISCLOSURE DEADLINE (FIRST REQUEST)** |

This is the first stipulation for an extension of time to disclose rebuttal experts. However, the parties previously stipulated (informally) to a five calendar day extension of the initial expert disclosure deadline, and disclosed that extension in open court at a hearing conducted on October 9, 2018.

This stipulation is made within 21 days prior to the expiration of the specified period for disclosing rebuttal expert witnesses.

/ / /

/ / /

/ / /

PARSONS
BEHLE &
LATIMER

1

14330.011\4836-8575-7049v1

The parties to this litigation, pursuant to LR IA 6-1 and LR II 26-4, hereby agree and stipulate to the following:

1. The disclosure of initial expert witnesses were due to be exchanged on October 10, 2018.
2. Due to the pendency of a hearing on a motion filed by Defendants to stay the litigation, which hearing occurred on October 9, 2018, the parties agreed informally to extend the deadline for disclosure of initial expert witnesses for a period of five (5) calendar days. During said hearing, the court was verbally informed by Plaintiff's counsel that the parties had agreed to extend the initial expert disclosure deadline to Monday, October 15, 2018.
3. On October 15, 2018, the parties simultaneously disclosed initial expert witnesses. Plaintiff disclosed three experts with reports, and five experts that are not required to submit reports. Defendants disclosed two experts with reports.
4. The deadline for disclosure of rebuttal expert witnesses set forth in the scheduling order currently is set for November 8, 2018.
5. Discovery is ongoing in this matter, including the recent deposition scheduling of numerous witnesses, including all experts, 30(b)(6) depositions, with several percipient witness depositions to follow.
6. The parties have agreed to a modest extension of the rebuttal expert disclosure deadline until November 19, 2018, a date that is 34 days after the date of the actual initial expert exchange in this matter.

///
///
///
///
///
///
///

7. The number of experts, the scope of the opinions rendered, and the relative availability of the experts for rebuttal purposes are factors supporting good cause for a modest extension of the rebuttal expert disclosure deadline.

DATED this 31st day of October, 2018.

Respectfully submitted,

PARSONS BEHLE & LATIMER

/s/ Michael R. Kealy
Michael R. Kealy, Bar No. 971
Ashley C. Nikkel, Bar No. 12838
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: (775) 323-1601
Email: mkealy@parsonsbehle.com
anikkel@parsonsbehle.com

*Attorneys for Plaintiff*
*Union Pacific Railroad Company*

Respectfully submitted,

SNELL & WILMER, L.L.P.

/s/ Michael R. Menssen
*With permission of counsel*
William E. Peterson, Bar No. 1525
Ryan Stodtmeister, Bar No. 14281
50 W. Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: (775) 785-5440
Email: wpeterson@swlaw.com
rstodtmeister@swlaw.com

- and -

David J. Jordan, (Admitted Pro Hac Vice)
Michael R. Menssen, (Admitted Pro Hac Vice)
Stoel Rives, LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: (801) 328-3131
Email: david.jordan@stoel.com
michael.menssen@stoel.com

*Attorneys for Defendants*
*Winecup Gamble, Inc. and Paul Fireman*

IT IS SO ORDERED.

DATED: 11/1/2018

_____
UNITED STATES MAGISTRATE JUDGE