PARSONS BEHLE & LATIMER
Michael R. Kealy, Esq., NV Bar No. 971
Ashley C. Nikkel, Esq., NV Bar No. 12838
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: (775) 323-1601
Email: mkealy@parsonsbehle.com
anikkel@parsonsbehle.com

*Attorneys for Plaintiff*
*Union Pacific Railroad Company*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,<br><br>Plaintiff,<br>v.<br><br>WINECUP GAMBLE, INC., a Nevada corporation; and PAUL FIREMAN, an individual,<br><br>Defendants. | Case No. 3:17-cv-00477-LRH-CBC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF DEADLINE TO FILE REPLY TO OPPOSITION TO MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br>**(First Request)** |

IT IS HEREBY STIPULATED by and between the parties hereto and their respective counsel that the deadline for Plaintiff to file its Reply to Opposition to Motion for Leave to File Second Amended Complaint be extended one week until Wednesday, December 5, 2018 in the above-entitled matter. This is the first stipulation for extension of time to file the Reply. The Reply is currently due November 28, 2018. This request is being made due to one of Plaintiff's attorneys experiencing unexpected complications following surgery, along with the long holiday weekend.

///

///

PARSONS
BEHLE &
LATIMER

14330.011\4848-8785-8817v1

1

1  This request is being made in good faith and not for purposes of delay.

2  DATED this 28th day of November, 2018.

Respectfully submitted,

PARSONS BEHLE & LATIMER

/s/ Michael R. Kealy
Michael R. Kealy, Bar No. 971
Ashley C. Nikkel, Bar No. 12838
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: (775) 323-1601
Email: mkealy@parsonsbehle.com
anikkel@parsonsbehle.com

*Attorneys for Plaintiff*
*Union Pacific Railroad Company*

Respectfully submitted,

SNELL & WILMER, L.L.

/s/ Michael R. Menssen
***With permission of counsel***
William E. Peterson, Bar No. 1525
Ryan Stodtmeister, Bar No. 14281
50 W. Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: (775) 785-5440
Email: wpeterson@swlaw.com
rstodtmeister@swlaw.com

- and -

David J. Jordan, (Admitted Pro Hac Vice)
Michael R. Menssen, (Admitted Pro Hac Vice)
Stoel Rives, LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: (801) 328-3131
Email: david.jordan@stoel.com
michael.menssen@stoel.com

*Attorneys for Defendants*
*Winecup Gamble, Inc. and Paul Fireman*

IT IS SO ORDERED.

DATED: 11/30/2018

UNITED STATES MAGISTRATE JUDGE