1  PARSONS BEHLE & LATIMER
   Michael R. Kealy, Esq., NV Bar No. 971
2  Ashley C. Nikkel, Esq., NV Bar No. 12838
3  50 W. Liberty Street, Suite 750
   Reno, Nevada 89501
4  Telephone: (775) 323-1601
   Email: mkealy@parsonsbehle.com
5  anikkel@parsonsbehle.com
6
   *Attorneys for Plaintiff*
7  *Union Pacific Railroad Company*



8

9            IN THE UNITED STATES DISTRICT COURT

10               FOR THE DISTRICT OF NEVADA

11

12  UNION PACIFIC RAILROAD COMPANY, a       Case No. 3:17-cv-00477-LRH-CBC
    Delaware corporation,
13
                                            **STIPULATION AND ORDER FOR**
14                     Plaintiff,           **EXTENSION OF JOINT PRETRIAL**
    v.                                      **ORDER DEADLINE**
15                                          **(FIRST REQUEST)**
    WINECUP GAMBLE, INC., a Nevada
16  corporation,
17
                       Defendants.
18

19       This is the first stipulation for an extension of the joint pretrial order deadline. This

20  stipulation for an extension is made prior to the submission deadline, which is currently set for

21  Monday, June 10, 2019. *See* ECF No. 94. Four previous extensions of discovery deadlines which

22  impacted the joint pretrial order deadline were requested and granted, but this is the first request

23  specific to the joint pretrial order deadline. This extension is requested because following the

24  completion of discovery the parties have agreed to mediate the case on July 10, 2019. The parties

25  seek to avoid the substantial expense of preparing the required joint pretrial order if the case may

26  be settled by way of mediation.

27

28

PARSONS
BEHLE &
LATIMER                                     1

14330.011\4814-6004-9047v1

1   The parties to this litigation, pursuant to LR IA 6-1 and LR 26-4, hereby agree and
2 stipulate to the following:

3   1.   The parties have completed written discovery and exchanged FRCP 26(a)(1)
4 disclosures.

5   2.   The parties conducted twenty-one depositions in the course of discovery: (1) two
6 representatives of the Nevada Department of Water Resources; (2) Winecup Gamble's 30(b)(6)
7 designee James Rogers; (3) Winecup's retained expert Derek Godwin; (4) Winecup's retained
8 expert Matthew Lindon; (5) Union Pacific's 30(b)(6) designee Mohan K. Chiurmamilla; (6)
9 Union Pacific's 30(b)(6) designee Stephen J. Dolezal; (7) Union Pacific's 30(b)(6) designee
10 Patrick G. Prosoki; (8) Union Pacific's 30(b)(6) designee Tomaz Gawronski (who was also
11 deposed in his non-retained expert capacity); (9) Union Pacific's 30(b)(6) designee Talmage D.
12 Dalebout; (10) Union Pacific's retained expert Daryoush Razavian; (11) Union Pacific's retained
13 expert Steve Nickel; (12) Union Pacific's retained expert John Lavin; (13) Union Pacific
14 employee James M. Hill; and (14) Union Pacific employee Tyson Payne; (15) former Division of
15 Water Resources employee Luke Opperman; (16) Winecup's consultant Darrel Scow; (17)
16 Winecup's non-retained expert Steve Jackson; (18) Union Pacific employee Jeffrey Poppe; (19)
17 Union Pacific employee Mike Stanton.

18   3.   The dispositive motion deadline was May 10, 2019; no dispositive motions were
19 filed.

20   4.   The parties recognize that preparation for trial in this case will involve a
21 substantial expenditure of resources and believe mediation in an effort to settle this case prior to
22 trial would be beneficial.  As a result, the parties contacted the Honorable Jerry Carr Whitehead
23 in Reno, Nevada, and he indicated he had availability for a mediation. After coordinating
24 schedules among multiple representatives for each party and with the mediator, the mediation is
25 now set for July 10, 2019, with mediation statements due July 3, 2019.

26   5.   Because the preparation of a joint pretrial order will require substantial work due
27 to the technical expert reports, the thousands of documents, photos, and videos at issue, over three
28

hundred deposition exhibits, and multitude of witnesses in various cities, the parties request to postpone the joint pretrial order deadline to after the mediation.

6.      The parties are requesting the joint pretrial order deadline under LR 26-1(b)(5) be moved to September 10, 2019, to allow adequate time for preparation of the order if the mediation is unsuccessful. A trial date has not been set yet, and the parties had previously provided available dates in October 2019 in their Second Joint Interim Status Report (ECF No. 92).

7.      This stipulation is made in good faith, with the objective of sensible conservation of litigation expenses and judicial resources, in favor of substantive negotiations toward a resolution of this matter short of trial, if possible.

DATED this 16th day of May, 2019.

Respectfully submitted,

PARSONS BEHLE & LATIMER

/s/ Michael R. Kealy
Michael R. Kealy, Bar No. 971
Ashley C. Nikkel, Bar No. 12838

*Attorneys for Plaintiff*
*Union Pacific Railroad Company*

Respectfully submitted,

SNELL & WILMER, L.L.

/s/ Michael R. Menssen
*With permission of counsel*
William E. Peterson, Bar No. 1525
Ryan Stodtmeister, Bar No. 14281
- and -
David J. Jordan, (Admitted Pro Hac Vice)
Michael R. Menssen, (Admitted Pro Hac Vice)
Stoel Rives, LLP

*Attorneys for Defendants*
*Winecup Gamble, Inc.*

IT IS SO ORDERED.

DATED:  5/20/2019

_____
UNITED STATES MAGISTRATE JUDGE