UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, | CASE NO. 3:17-cv-477-LRH-CLB |
| Plaintiff, | ORDER |
| vs. | |
| WINECUP GAMBLE, INC., et al., | |
| Defendant(s). | |

This case is currently scheduled for Jury Trial on the stacked calendar of Tuesday, June 16, 2020.

IT IS ORDERED that this case is referred to The Honorable Carla L. Baldwin for the purpose of conducting a settlement conference.

DATED this __9th____ day of December 2019.

_____
LARRY R. HICKS
U.S. DISTRICT JUDGE