# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WINECUP GAMBLE, INC., a Nevada Corporation,<br><br>Defendant. | Case No. 3:17-cv-00477-LRH-CLB<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT WINECUP GAMBLE, INC. TO RESPOND TO PLAINTIFF'S FIRST AND SECOND MOTIONS IN LIMINE**<br><br>**(FIRST REQUEST)** |

Pursuant to LR II 7-1 and LR IA 6-1, Plaintiff Union Pacific Railroad Company ("Plaintiff"), by and through its undersigned counsel, and Defendant Winecup Gamble, Inc. ("Defendant"), by and through its undersigned counsel, hereby stipulate and agree that Defendant has an extension of time, up to and including February 28, 2020, to file its response to Plaintiff's First Motion *in Limine*: to Exclude Meteorological Opinions of Matthew Lindon and to Appoint a Neutral Expert, and to file its response to Plaintiff's Second Motion *in Limine*: to Exclude Hydrological Opinions of Matthew Lindon and to Appoint a Neutral Expert. Defendant's responses are currently due on January 31, 2020

The parties represent this Stipulation is based on a meet and confer conference wherein the parties agreed that if either party filed a motion in limine in January, responses would be due at the end of February. The parties represent this stipulation is made in good faith and not for the purposes of delay. The parties have not previously applied for any extensions of time related to the briefing schedule for motions in limine.

Accordingly, the parties request the Court order the deadline for Defendant to respond to Plaintiff's First and Second Motions *in Limine* be extended to February 28, 2020.

DATED: January 27, 2020

DATED: January 27, 2020

/s/ *Wayne Klomp*
David J. Jordan (Utah Bar No. 1751)
Michael R. Menssen (Utah Bar No. 15424)
STOEL RIVES LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT 84111

William E. Peterson (Bar No. 1528)
Wayne Klomp (Bar No. 10109)
SNELL & WILMER, LLP
50 West Liberty Street, Suite 510
Reno, NV 89501

*Attorneys for Defendant*
*Winecup Gamble, Inc.*

/s/ Riley C. Mendoza
Gary M. Elden (Admitted Pro Hac Vice)
Riley C. Mendoza (Admitted Pro Hac Vice)
SHOOK HARDY & BACON LLP
111 S. Wacker Drive
Chicago, IL 60657

Michael R. Kealy (Bar No. 971)
Ashley C. Nikkel (Bar No. 12838)
PARSONS BEHLE & LATIMER
50 W. Liberty Street, Suite 750
Reno, NV 89501

*Attorneys for Plaintiff*
*Union Pacific Railroad Company*

**ORDER**

IT IS SO ORDERED.

DATED this 28th day of January, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE