**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WINECUP GAMBLE, INC., a Nevada Corporation,<br><br>Defendant. | Case No. 3:17-cv-00477-LRH-CLB<br><br>**STIPULATED MOTION TO FILE AN OVERLENGTH COMBINED RESPONSE TO PLAINTIFF'S FIRST AND SECOND MOTIONS IN LIMINE**<br><br>**AND ORDER THEREON** |

Pursuant to LR 7-3(c), defendant Winecup Gamble, Inc. ("Winecup") and plaintiff Union Pacific Railroad Company ("Union Pacific") stipulate and jointly move the court for leave for Winecup to file an overlength Combined Opposition to Union Pacific's First and Second Motions in Limine to Exclude Opinions of Matthew Lindon and to Appoint a Neutral Expert ("Combined Opposition"). Winecup seeks leave to file a Combined Opposition that is no more than 35 pages in length, exclusive of cover sheet and tables of contents and authorities. The opposition is due on February 28, 2020. *See* ECF No. 114.

Good cause exists to grant this motion. Union Pacific filed two separate motions in limine seeking to exclude the testimony of Winecup's expert, Matthew Lindon. *See* ECF No. 111 and 112. In opposing the first and second motions in limine, Winecup would prefer to file one Combined Opposition, as the issues raised by Union Pacific in its first and second motions have significant overlap. *See* Declaration of Michael Menssen at ¶ 2, attached as Exhibit 1. If Winecup responds to each motion in limine separately, it would have 24 pages for each, for a combined total of 48 pages. It is anticipated that the Combined Opposition will be approximately 35 pages, which is less than the number of pages that would be permitted for two separate responses. *Id*.

Union Pacific has informed Winecup that they do not oppose Winecup's request and has agreed to this stipulated motion. *Id*. at ¶ 3. Accordingly, the parties request that the Court grant leave for Winecup to file a Combined Opposition to Union Pacific's First and Second Motions in Limine that is 35 pages.

DATED: February 26, 2020

/s/ *Michael R. Menssen*
David J. Jordan (Utah Bar No. 1751)
Michael R. Menssen (Utah Bar No. 15424)
STOEL RIVES LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT 84111

William E. Peterson (Bar No. 1528)
Wayne Klomp (Bar No. 10109)
SNELL & WILMER, LLP
50 West Liberty Street, Suite 510
Reno, NV 89501

*Attorneys for Defendant*
*Winecup Gamble, Inc.*

DATED: February 26, 2020

/s/ Riley C. Mendoza (with permission)
Gary M. Elden (Admitted Pro Hac Vice)
Riley C. Mendoza (Admitted Pro Hac Vice)
SHOOK HARDY & BACON LLP
111 S. Wacker Drive
Chicago, IL 60657

Michael R. Kealy (Bar No. 971)
Ashley C. Nikkel (Bar No. 12838)
50 W. Liberty Street, Suite 750
Reno, NV 89501

*Attorneys for Plaintiff*
*Union Pacific Railroad Company*

**ORDER**

IT IS SO ORDERED.

DATED this 27th day of February, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE