# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,<br><br>                  Plaintiff,<br>v.<br><br>WINECUP GAMBLE, INC., a Nevada corporation,<br><br>                  Defendant. | Case No. 3:17-cv-00477-LRH-CLB<br><br>STIPULATED MOTION REQUESTING TELEPHONIC STATUS CONFERENCE<br><br>**AND ORDER THEREON** |

Plaintiff Union Pacific Railroad Company ("Union Pacific") and Defendant Winecup Gamble, Inc. ("Winecup") stipulate and jointly move the Court to set a telephonic status conference at its earliest convenience to address pre-trial issues, including a hearing date and briefing schedule for early-filed motions *in limine*.

DATED: March 31, 2020

Respectfully submitted,

/s/ *Michael R. Menssen*
David J. Jordan (Utah Bar No. 1751)
Michael R. Menssen (Utah Bar No. 15424)
STOEL RIVES LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT 84111

William E. Peterson (Bar No. 1528)
Wayne Klomp (Bar No. 10109)
SNELL & WILMER, LLP
50 West Liberty Street, Suite 510
Reno, NV 89501

*Attorneys for Defendant
Winecup Gamble, Inc.*

DATED: March 31, 2020

Respectfully submitted,

/s/ *Gary M. Elden*
Gary M. Elden (Admitted Pro Hac Vice)
Riley C. Mendoza (Admitted Pro Hac Vice)
SHOOK HARDY & BACON LLP
111 S. Wacker Drive
Chicago, IL 60657

Michael R. Kealy (Bar No. 971)
Ashley C. Nikkel (Bar No. 12838)
50 W. Liberty Street, Suite 750
Reno, NV 89501

*Attorneys for Plaintiff
Union Pacific Railroad Company*

## **ORDER**

IT IS HEREBY ORDERED:

A telephonic status conference is set for Monday, April 6, 2020, at 2:30 p.m. The Court Clerk, Katie Ogden, will send dial-in information shortly. IT IS SO ORDERED.

DATED this 1st day of April, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE