1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WINECUP GAMBLE, INC., a Nevada Corporation,<br><br>Defendant. | Case No. 3:17-cv-00477-LRH-VPC<br><br>**STIPULATION AND ORDER FOR A BRIEFING SCHEDULE FOR MOTIONS IN LIMINE FILED BY APRIL 24, 2020** |

16
17
18
19
20
21
22

Pursuant to LR II 7-1, LR IA 6-1, and the discussion of the parties and the Court during the telephonic status conference of April 6, 2020 (ECF No. 144), Plaintiff Union Pacific Railroad Company ("Union Pacific") and Defendant Winecup Gamble, Inc. ("Winecup"), hereby stipulate that the responses to all motions in limine that have been filed by either party, or that will be filed by April 24, 2020, shall be due by May 15, 2020. The parties do not intend this stipulation to change the deadline to file motions in limine set forth in LR 16-3. It is only intended to set forth a briefing schedule for motions in limine that are filed by April 24, 2020.

23
24
25
26
27
28

Accordingly, the parties request the Court order the deadline of May 15, 2020 for both parties to respond to all motions in limine that are filed by April 24, 2020.

DATED:  April 16, 2020

DATED:  April 16, 2020

/s/ *Michael R. Menssen*
David J. Jordan (Utah Bar No. 1751)
Michael R. Menssen (Utah Bar No. 15424)
STOEL RIVES LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT  84111

William E. Peterson (Bar No. 1528)
Janine C. Prupas (Bar No. 9156)
Wayne Klomp  (Bar No. 10109)
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, NV  89501

*Attorneys for Defendant*
*Winecup Gamble, Inc.*

/s/ *Gary M. Elden (with permission via email)*
Gary M. Elden (Admitted Pro Hac Vice)
Riley C. Mendoza (Admitted Pro Hac Vice)
SHOOK HARDY & BACON LLP
111 S. Wacker Drive
Chicago, IL 60657

Michael R. Kealy (Bar No. 971)
Ashley C. Nikkel (Bar No. 12838)
PARSONS BEHLE & LATIMER
50 W. Liberty Street, Suite 750
Reno, NV 89501

*Attorneys for Plaintiff*
*Union Pacific Railroad Company*

**ORDER**

IT IS SO ORDERED.

DATED this 17th day of April, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE