# EXHIBIT A

**Winecup's Supplemental Expert Disclosures**

William E. Peterson (1528)
wpeterson@swlaw.com
Janine C. Prupas (9156)
jprupas@swlaw.com
Wayne Klomp (10109)
wklomp@swlaw.com
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, NV 89501
Telephone: (775) 785-5440
Facsimile: (775) 785-5441

David J. Jordan (Utah Bar No. 1751)
david.jordan@stoel.com
Michael R. Menssen (Utah Bar No. 15424)
michael.menssen@stoel.com
STOEL RIVES LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: (801) 328-3131
Facsimile: (801) 578-6999

*Attorneys for Defendant
Winecup Gamble, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WINECUP GAMBLE, INC., a Nevada Corporation,<br><br>Defendant. | Case No. 3:17-cv-00477-LRH-CLB<br><br>**WINECUP GAMBLE'S SUPPLEMENTAL EXPERT DISCLOSURE REGARDING NEVADA STATE ENGINEERS** |

Winecup Gamble hereby submits a supplemental expert disclosure for Luke Opperman, April Holt, and Edward Quaglieria. This disclosure is made pursuant to Federal Rule of Civil Procedure Rule 26(a)(2)(C).

Luke Opperman, April Holt, and Edward Quaglieria have all previously been disclosed as witnesses, including in the pre-trail order. Further, each witness has been deposed by Union Pacific, at which time the subject matter of their testimony and a summary of the facts and opinions to which each witness is expected to testify was disclosed. As such, Winecup asserts that these witnesses have already been properly disclosed. Nevertheless, it submits this supplemental disclosure in response to Union Pacific's claim set forth in ECF No. 128 that Luke Opperman's expert opinion was not previously disclosed in an expert report.

None of these witnesses were required to provide a written report in order to provide expert testimony. Each witness worked as an engineer for the Nevada Division of Water Resources at the time relevant to their potential testimony in this case. None of these individuals have been employed at any time by Winecup, and none have been retained to provide expert testimony in this case.

The following is a description of the subject matter on which each witness is expected to testify and a summary of the facts and opinions about which the witness is expected to testify.

**1. Luke Opperman**

Mr. Opperman is a Civil Engineer. He is expected to testify about the condition of the 23-Mile Dam and the Dake Dam at the time he inspected them in 2016 and the inspection report subsequently issued for each dam. He is also expected to testify about his investigation into the flood that occurred on February 7-8, 2017 that resulted in the overtopping of the 23-Mile Dam, including his post-flood field inspection of the 23-Mile Dam and Dake Dam and his opinion on the cause and effect of the 23-Mile Dam failure and subsequent flooding. A further summary of his expected testimony is also contained in his deposition transcript, which was taken on April 8, 2019.

**2. April Holt**

Ms. Holt has a degree in Environmental Engineering. She was designated by the State of Nevada Division of Water Resources as a 30(b)(6) witness. She is expected to testify about the condition of the 23-Mile Dam and the Dake Dam at the time she inspected them in 2016 and the inspection report subsequently issued for each dam. A further summary of her expected testimony is also contained in her deposition transcript, which was taken on April 18, 2018.

**3. Edward Quaglieria**

Mr. Quaglieri is a Civil Engineer. He was designated by the State of Nevada Division of Water Resources as a 30(b)(6) witness. He is expected to testify about his investigation into the flood that occurred on February 7-8, 2017 that resulted in the overtopping of the 23-Mile Dam, including his post-flood field inspection of the 23-Mile Dam and Dake Dam and his opinion on the cause and effect of the 23-Mile Dam failure and subsequent flooding. A further summary of his expected testimony is also contained in his deposition transcript, which was taken on April 18, 2018.

DATED: May 13, 2020

/s/ *David J. Jordan*
David J. Jordan (Utah Bar No. 1751)
Michael R. Menssen (Utah Bar No. 15424)
STOEL RIVES LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT 84111

William E. Peterson (Bar No. 1528)
Janine C. Prupas (Bar No. 9156)
Wayne Klomp (Bar No. 10109)
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, NV 89501

*Attorneys for Defendant*
*Winecup Gamble, Inc.*

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I served a true and correct copy of the foregoing **WINECUP GAMBLE'S SUPPLEMENTAL EXPERT DISCLOSURE REGARDING NEVADA STATE ENGINEERS** via email to the following:

Michael R. Kealy
mkealy@parsonsbehle.com
Ashley C. Nikkel
anikkel@parsonsbehle.com
PARSONS BEHLE & LATIMER
50 W. Liberty Street, Suite 750
Reno, NV 89501

Gary M. Elden
Gelden@shb.com
Riley C. Mendoza
mendoza@shb.com
111 S. Wacker Drive, Suite 4700
Chicago, IL 60606

*Attorneys for Plaintiff Union Pacific Company*

Dated this 13th day of May, 2020.

/s/ *Michael Menssen*