1  William E. Peterson (1528)
   wpeterson@swlaw.com
2  Janine C. Prupas (9156)
   jprupas@swlaw.com
3  Wayne Klomp (10109)
   wklomp@swlaw.com
4  SNELL & WILMER L.L.P.
   50 West Liberty Street, Suite 510
5  Reno, NV 89501
   Telephone: (775) 785-5440
6  Facsimile: (775) 785-5441

7  David J. Jordan (Utah Bar No. 1751)
   david.jordan@stoel.com
8  Michael R. Menssen (Utah Bar No. 15424)
   michael.menssen@stoel.com
9  STOEL RIVES LLP
   201 S. Main Street, Suite 1100
10 Salt Lake City, UT 84111
   Telephone: (801) 328-3131
11 Facsimile: (801) 578-6999

12 *Attorneys for Defendant*
   *Winecup Gamble, Inc.*
13

               **UNITED STATES DISTRICT COURT**
14
                     **DISTRICT OF NEVADA**
15

16 | UNION PACIFIC RAILROAD COMPANY, a | Case No. 3:17-cv-00477-LRH-CLB |
   | Delaware Corporation, | |
17 | | **WINECUP GAMBLE'S REQUEST FOR** |
   | Plaintiff, | **ORAL ARGUMENT IN CONNECTION** |
18 | | **WITH JUNE 25, 2020 HEARING** |
   | v. | |
19 | | |
   | WINECUP GAMBLE, INC., a Nevada | |
20 | Corporation, | |
21 | Defendant. | |

22

23

24

25

26

27

28

106979803.1 0065303-00001

In ECF No. 177, the Court stated that it will issue an order "designating the motions that the court intends to hear argument on" at the upcoming hearing. To the extent the Court would like input from Winecup, Winecup believes oral argument will be helpful on the following motions:

**Winecup's Motions**

- Winecup's 1st Motion in Limine to exclude Daryoush Razavian's Testimony Related to Mile Post 670.03 (ECF No. 141)
- Winecup's 2nd Motion in Limine to exclude evidence and argument that N.A.C. § 535.240 applies to the 23-Mile Dam and Dake Dam (ECF No. 143)
- Winecup's 6th Motion in Limine to exclude evidence and argument related to the financial condition of Winecup, Paul Fireman, and the sale of the Winecup Gamble Ranch in 2019 (ECF No. 152)

**Union Pacific's Motions**

- Union Pacific's 1st Motion in Limine to exclude meteorological opinions of Matt Lindon and to appoint a neutral expert (ECF No. 111)
- Union Pacific's 2nd Motion in Limine to exclude hydrological opinions of Matt Lindon and to appoint a neutral expert (ECF No. 112)
- Union Pacific's 5th and 6th Motions in Limine to bar two opinions of Derek Godwin (ECF No. 139)
- Union Pacific's 7th Motion in Limine to bar Winecup's contributory negligence defense and Derek Godwin's contributory negligence opinion (ECF No. 124)
- Union Pacific's 9th Motion in Limine to bar mention to jury of notion that Nevada's dam statutes and regulations do not apply to the Winecup Dams due to their age (ECF No. 126)
- Union Pacific's 10th Motion in Limine requesting that the Court instruct the jury before trial about certain laws that apply to Nevada dam owners (ECF No. 127)
- Union Pacific's 11th Motion in Limine to bar rule 702 opinions (A) generally, if not in expert reports and (B) specifically, from Luke Opperman (ECF No. 128)

1    Winecup will be prepared to address any motion on which the Court wishes to hear

2  argument.

3    DATED: June 11, 2020

        /s/ *Michael R. Menssen*
        _____
4        David J. Jordan (Utah Bar No. 1751)
        Michael R. Menssen (Utah Bar No. 15424)
5        STOEL RIVES LLP
        201 S. Main Street, Suite 1100
6        Salt Lake City, UT 84111

7        William E. Peterson (Bar No. 1528)
        Janine C. Prupas (Bar No. 9156)
8        Wayne Klomp (Bar No. 10109)
        SNELL & WILMER L.L.P.
9        50 West Liberty Street, Suite 510
        Reno, NV 89501

10        *Attorneys for Defendant*
        *Winecup Gamble, Inc.*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

106979803.1 0065303-00001

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I served a true and correct copy of the foregoing **WINECUP GAMBLE'S REQUEST FOR ORAL ARGUMENT IN CONNECTION WITH JUNE 25, 2020 HEARING** via CM/ECF electronic filing on the following:

Michael R. Kealy
mkealy@parsonsbehle.com
Ashley C. Nikkel
anikkel@parsonsbehle.com
PARSONS BEHLE & LATIMER
50 W. Liberty Street, Suite 750
Reno, NV 89501

Gary M. Elden
Gelden@shb.com
Riley C. Mendoza
mendoza@shb.com
111 S. Wacker Drive, Suite 4700
Chicago, IL 60606

*Attorneys for Plaintiff Union Pacific Company*

DATED:  June 11, 2020.


                              /s/ Rose Gledhill

-1-                    Case No. 3:17-CV-00477-LRH-VPC