William E. Peterson, Bar No. 1528
wpeterson@swlaw.com
Janine C. Prupas, Bar No. 9156
jprupas@swlaw.com
Wayne Klomp, Bar No. 10109
wklomp@swlaw.com
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, NV  89501
Telephone:  (775) 785-5440
Facsimile:  (775) 785-5441

David J. Jordan, Utah Bar No. 1751
david.jordan@stoel.com
Michael R. Menssen, Utah Bar No. 15424
michael.menssen@stoel.com
STOEL RIVES LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT  84111
Telephone:  (801) 328-3131
Facsimile:  (801) 578-6999

*Attorneys for Defendant Winecup Gamble, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WINECUP GAMBLE, INC., a Nevada Corporation,<br><br>Defendant. | Case No. 3:17-cv-00477-LRH-CLB<br><br>**WINECUP GAMBLE' NOTICE TO WITHDRAW REPLY MEMORANDUM IN SUPPORT OF ITS FIRST MOTION IN LIMINE TO EXCLUDE DARYOUSH RAZAVIAN'S TESTIMONY RELATED TO MILE POST 670.03** |

Defendant, Winecup Gamble, Inc. ("Winecup"), hereby gives notice that it withdraws its Reply Memorandum in support of its First Motion in Limine to Exclude Daryoush Razavian's Testimony Related to Mile Post 670.03 filed on Friday, June 12, 2020 [ECF No. 182] as it was filed inadvertently.  In its place, Winecup filed its Motion for Leave to File the Reply in Support of its First Motion in limine [ECF No. 183] today, and requests the Court consider that filing.

Snell & Wilmer<br>L.L.P.<br>LAW OFFICES<br>50 West Liberty Street, Suite 510<br>Reno, Nevada  89501<br>775/785-5440

1

2

Dated:  June  15, 2020                    SNELL & WILMER L.L.P.

3

4          By: /s/ Janine C. Prupas
              William E. Peterson, Bar No. 1528

5              Janine C. Prupas, No. 9156
              Wayne Klomp, Bar No. 10109

6              50 West Liberty Street, Suite 510
              Reno, Nevada 89501

7
              David J. Jordan, Utah Bar No. 1751

8              Michael R. Menssen, Utah Bar No. 15424
              STOEL RIVES LLP

9              201 S. Main Street, Suite 1100
              Salt Lake City, UT  84111

10             *Attorneys for Defendant Winecup Gamble, Inc.*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775-785-5440

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **WINECUP GAMBLE' NOTICE TO WITHDRAW REPLY MEMORANDUM IN SUPPORT OF ITS FIRST MOTION IN LIMINE TO EXCLUDE DARYOUSH RAZAVIAN'S TESTIMONY RELATED TO MILE POST 670.03** by the method indicated:

| | |
|---|---|
| <u>XXXXXXX</u> | by Court's CM/ECF Program |
| _____ | by U. S. Mail |
| _____ | by Facsimile Transmission |
| _____ | by Overnight Mail |
| _____ | by Federal Express |
| _____ | by Electronic Service |
| _____ | by Hand Delivery |

and addressed to the following:

Michael R. Kealy
Ashley C. Nikkel
Parsons Behle & Latimer
50 W. Liberty Street, Suite 750
Reno, NV 89501

Gary M. Elden
Riley C. Mendoza
Kathleen M. Ryan
Shook, Hardy & Bacon L.L.P.
111 South Wacker Drive, Suite 4700
Chicago, Illinois 60606
*Attorneys for Plaintiff*

Dated this 15th day of June, 2020.

By: _/s/ Holly W. Longe_____
     An employee of Snell & Wilmer L.L.P.

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775/785-5440