**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WINECUP GAMBLE, INC., a Nevada Corporation,<br><br>Defendant. | Case No. 3:17-cv-00477-LRH-CLB<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT WINECUP GAMBLE, INC. TO RESPOND TO PLAINTIFF'S 19TH AND 20TH MOTIONS IN LIMINE**<br><br>**(FIRST REQUEST)** |

Pursuant to LR II 7-1 and LR IA 6-1, Plaintiff Union Pacific Railroad Company and Defendant Winecup Gamble, Inc. hereby stipulate and agree that Winecup may have an extension of three days to file its response to Union Pacific's 19th Motion in Limine and 20th Motion in Limine. Union Pacific filed both motions on June 2, 2020. Winecup's responses are currently due on June 16, 2020. This extension will make the responses due on June 19, 2020.

The parties represent this stipulation is made in good faith and not for the purpose of delay. These two motions in limine are not part of the briefing schedule set in ECF No. 147. As

such, Winecup has not previously applied for any extensions of time related to these motions in limine.

Accordingly, the parties request the Court order the deadline for Winecup to respond to Union Pacific's 19th Motion in Limine and 20th Motion be extended three days to June 19, 2020.

DATED: June 15, 2020                              DATED: June 15, 2020

/s/ *Michael R. Menssen*                          /s/ *Riley C. Mendoza (with permission)*
David J. Jordan (Utah Bar No. 1751)               Gary M. Elden (Admitted Pro Hac Vice)
Michael R. Menssen (Utah Bar No. 15424)           Riley C. Mendoza (Admitted Pro Hac Vice)
STOEL RIVES LLP                                   SHOOK HARDY & BACON LLP
201 S. Main Street, Suite 1100                    111 S. Wacker Drive
Salt Lake City, UT  84111                         Chicago, IL 60657

William E. Peterson (Bar No. 1528)                Michael R. Kealy (Bar No. 971)
Janine C. Prupas (9156)                           Ashley C. Nikkel (Bar No. 12838)
Wayne Klomp  (Bar No. 10109)                      PARSONS BEHLE & LATIMER
SNELL & WILMER, LLP                               50 W. Liberty Street, Suite 750
50 West Liberty Street, Suite 510                 Reno, NV 89501
Reno, NV  89501
                                                  *Attorneys for Plaintiff*
*Attorneys for Defendant*                         *Union Pacific Railroad Company*
*Winecup Gamble, Inc.*

**ORDER**

IT IS SO ORDERED:

DATED this 16th day of June, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE