UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>WINECUP RANCH, LLC, an Idaho Limited Liability Company; and WINECUP GAMBLE, INC., a Nevada corporation; and PAUL FIREMAN, an individual,<br><br>　　　　　　Defendant. | Case No. 3:17-cv-00477-LRH-CLB<br><br>MINUTE ORDER<br><br>June 22, 2020 |

PRESENT:  <u>THE HONORABLE LARRY R. HICKS</u>, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:  <u>　NONE APPEARING　</u>    REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>　　　NONE APPEARING　　</u>

COUNSEL FOR DEFENDANT(S):  <u>　　　NONE APPEARING　　</u>

**MINUTE ORDER IN CHAMBERS**:

　　　　On June 17, 2020, after the parties filed 25+ motions in limine, the court ordered that the parties must seek leave of the court to file additional motions in limine. ECF No. 187. On June 18, 2020, Union Pacific filed such a motion, and requested permission to file its 21st motion in limine under seal with a public redacted copy. ECF No. 188. Upon review of the filings, the court **GRANTS** Union Pacific's motion for leave to file the requested motion in limine within <u>5 days</u> of the date of this Order. Because Union Pacific represents that the at issue financial information in the motion is marked "confidential" under a protective order in *Winecup Gamble, Inc. v. Gordon Ranch LP* (Case No. 3:17-cv-00163-RCJ-WGC) and because the redacted information is limited, the court further **GRANTS** Union Pacific's motion to file it under seal with a redacted copy on the public record.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　DEBRA K. KEMPI, CLERK

　　　　　　　　　　　　　　　　　　　　　　　　By:  <u>　　　　/s/　　　　</u>

　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk