1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation, | Case No. 3:17-cv-00477-LRH-CLB |
| Plaintiff, | |
| vs. | **ORDER TO EXTEND DEADLINE TO RESPOND TO UNION PACIFIC'S MOTION FOR CLARIFICATION** |
| WINECUP GAMBLE, INC., a Nevada Corporation, | |
| Defendant. | **(FIRST REQUEST)** |

It is hereby stipulated by and between the parties, through their respective attorneys, that Defendant Winecup Gamble, Inc.'s ("Winecup") time to file a response to Union Pacific's ("Union Pacific") Motion for Clarification (filed on February 4, 2022, ECF No. 207) ("Motion") shall be extended from February 18, 2022 to March 4, 2022.

Good cause exists for this extension, to March 4, 2022.

This is the first stipulation for extension of time to respond to Union Pacific's Motion. The Stipulation is filed in good faith and is not intended to cause delay.

Respectfully submitted this 10th day of February 2022.

| SNELL & WILMER L.L.P. | PARSONS BEHLE & LATIMER |
|---|---|
| /s/ Janine C. Prupas <br> William E. Peterson, NV Bar No. 1528 <br> Janine C. Prupas, NV Bar No. 9156 <br> 50 West Liberty Street, Suite 510 <br> Reno, NV 89501 <br> Telephone: (775) 785-5440 <br> Facsimile:  (775) 785-5441 <br> Email: wpeterson@swlaw.com <br>          jprupas@swlaw.com <br><br> David J. Jordan, UT Bar No. 1751 <br> Michael R. Menssen, UT Bar No. 15424 <br> STOEL RIVES LLP <br> 201 S. Main Street, Suite 1100 <br> Salt Lake City, UT 84111 <br> Telephone: (801) 328-3131 <br> Facsimile:  (801) 578-6999 <br> Email:  david.jordan@stoel.com <br>            michael.menssen@stoel.com <br><br> *Attorneys for Defendant Winecup Gamble, Inc.* | /s/ Gary M. Elden <br> Michael R. Kealy, Esq., NV Bar No. 971 <br> Ashley C. Nikkel, Esq., NV Bar No. 12838 <br> 50 W. Liberty Street, Suite 750 <br> Reno, Nevada 89501 <br> Telephone: (775) 323-1601 <br> Email: mkealy@parsonsbehle.com <br>          anikkel@parsonsbehle.com <br><br> Gary M. Elden (Admitted Pro Hac Vice) <br> Riley C. Mendoza (Admitted Pro Hac Vice) <br> Kathleen M. Ryan (Admitted Pro Hac Vice) <br> SHOOK HARDY & BACON LLP <br> 111 S. Wacker Drive, Suite 4700 <br> Chicago, Illinois 60606 <br> Telephone: (312) 704-7700 <br> Email: gelden@shb.com <br>          rmendoza@shb.com <br>          kxryan@shb.com <br><br> *Attorneys for Plaintiff* <br> *Union Pacific Railroad Company* |

IT IS SO ORDERED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED:  February __11th__, 2022.