UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>WINECUP GAMBLE, INC., a Nevada corporation, *et al.*,<br><br>Defendants. | Case No. 3:17-CV-00477-LRH-CLB<br><br>ORDER |

This Court having ordered the jury impaneled in the above-entitled action kept together during the periods of trial and deliberation, now, therefore,

IT IS ORDERED that all meals and lodging, if required, for said jury and attendants shall be paid by the Clerk of the Court, including Thursday, September 29, 2022, through Sunday, October 2, 2022, until deliberations are complete.

IT IS SO ORDERED.

DATED this 29th day of September, 2022.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1