AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,
        Plaintiff,
v.

WINECUP GAMBLE, INC., a Nevada corporation,
        Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 3:17-cv-00477-LRH-CLB

**X**    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

___    **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

As to Claim 1: Negligence at Mile Post 670, Judgment is entered in favor of Defendant Winecup Gamble, Inc.;
As to Claim 1: Negligence at Mile Posts 672, 677, and 679, Judgment is entered in favor of Defendant Winecup Gamble, Inc.;
As to Claim 2: Trespass at Mile Post 670, Judgment is entered in favor of Defendant Winecup Gamble, Inc.;
As to Claim 2: Trespass at Mile Posts 672, 677, and 679, Judgment is entered in favor of Defendant Winecup Gamble, Inc.;
As to Claim 3: Private Nuisance at Mile Post 670, Judgment is entered in favor of Defendant Winecup Gamble, Inc.;
As to Claim 3: Private Nuisance at Mile Posts 672, 677, and 679, Judgment is entered in favor of Defendant Winecup Gamble, Inc.; and
As to Affirmative Defense, Judgment is entered in favor of Defendant Winecup Gamble, Inc.

| 9/30/2022 | DEBRA K. KEMPI |
|---|---|
| Date | Clerk |

/s/ P. Rich
Deputy Clerk