IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,<br><br>        Plaintiff,<br>v.<br><br>WINECUP GAMBLE, INC., a Nevada corporation,<br><br>        Defendant. | Case No. 3:17-cv-00477-LRH-CLB<br><br>**ORDER FOR EXTENSION OF DEADLINE TO FILE RESPONSE TO WINECUP GAMBLE'S MOTION FOR ATTORNEYS' FEES AND RELATED NONTAXABLE EXPENSES** |

IT IS HEREBY STIPULATED by and between the parties hereto and their respective counsel that the deadline for Plaintiff to file its Response to Winecup Gamble's Motion for Attorneys' Fees and Related Nontaxable Expenses (Dkt. 285) be extended one week until November 4, 2022 in the above-entitled matter. This is the first stipulation for extension of time to file the Response, which, under the current schedule, is due October 28, 2022. This request is being

made due to two of Plaintiff's attorneys being out on parental leave, and another attorney has previously-scheduled, out-of-town deposition commitments.

This request is being made in good faith and not for purposes of delay.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| SHOOK, HARDY & BACON L.L.P. | MAYBER BROWN LLP |

 /s/  Gary M. Elden
Gary M. Elden (Admitted Pro HacVice)
Riley C. Mendoza (Admitted Pro Hac Vice)
Peter F. O'Neill (Admitted Pro Hac Vice)
Kathleen M. Ryan (Admitted Pro Hac Vice)
111 S. Wacker Drive, Suite 4700
Chicago, Illinois 60606
Telephone: (312) 704-7700
Email: gelden@shb.com
rmendoza@shb.com
pfoneill@shb.com
kxryan@shb.com

PARSONS BEHLE & LATIMER
Michael R. Kealy, Esq., NV Bar No. 971
Ashley C. Nikkel, Esq., NV Bar No. 12838
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: (775) 323-1601
Email: mkealy@parsonsbehle.com
anikkel@parsonsbehle.com

*Attorneys for Plaintiff
Union Pacific Railroad Company*

 /s/  Michael R. Menssen
**With Permission of Counsel**
10 W. Broadway, Suite 700
Salt Lake City, UT 84101
Telephone: (801) 907-2714
Email: mmenssen@mayerbrown.com

William E. Peterson, NV Bar No. 1528
Janine C. Prupas, NV Bar No. 9156
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, NV 89501
Telephone: (775) 785-5440
Facsimile: (775) 785-5441
Email: wpeterson@swlaw.com
jprupas@swlaw.com

David J. Jordan, UT Bar No. 1751
FOLEY & LARDNER LLP
95 South State Street, Suite 2500
Salt Lake City, UT 84111
Telephone: (801) 401-8919
Email: djordan@foley.com

*Attorneys for Defendant
Winecup Gamble Inc.*

IT IS SO ORDERED.

DATED: October 26, 2022.

_____
UNITED STATES JUDGE