UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,<br><br>       Plaintiff,<br>v.<br><br>WINECUP GAMBLE, INC., a Nevada corporation; DOES 1-5, DOE Entities 1-5.<br><br>       Defendants. | Case No. 3:17-cv-00477-LRH-CBC<br><br>ORDER GRANTING EXTENSION OF BRIEFING DEADLINES REGARDING SUPPLEMENTAL MOTION AND MEMORANDUM FOR JUDGMENT AS A MATTER OF LAW, OR, ALTERNATIVELY, A NEW TRIAL, OPPOSITION AND REPLY THERETO<br><br>(SECOND REQUEST) |

IT IS HEREBY STIPULATED by and between the parties hereto and their respective counsel as follows:

1. The deadline for Plaintiff to file its Supplemental Motion and Memorandum for Judgment as a Matter of Law, or, Alternatively, a New Trial to include citations to the trial transcript shall be December 2, 2022;

2. Defendant's Opposition thereto shall be due on December 23, 2022; and

3. Plaintiff's Reply shall be due on January 13, 2023.

This is the second stipulation for an extension of time relative to Plaintiff's Motion. This request is being made to facilitate the briefing schedule in consideration of the Christmas holiday. This request is made in good faith and in the spirit of continuing cooperation among the Parties and not for purposes of delay.

DATED: December 2, 2022.                                DATED: December 2, 2022.

/s/ Gary M. Elden                                       /s/ Michael R. Menssen
PARSONS BEHLE & LATIMER                                 William E. Peterson, Esq.
Michael R. Kealy, Esq., Nevada Bar No. 971              Janine C. Prupas, Esq.
Ashley C. Nikkel, Esq., Nevada Bar No. 12838            Snell & Wilmer, LLP
Email: MKealy@parsonsbehle.com                          Email: wpeterson@swlaw.com
Email: ANikkel@parsonsbehle.com                         Email: jprupas@swlaw.com

SHOOK HARDY & BACON LLP                                 David J. Jordan, Esq.
Gary M. Elden (Admitted Pro Hac Vice)                   Foley & Lardner LLP
Riley C. Mendoza (Admitted Pro Hac Vice)                Email: djordan@foley.com
Peter F. O'Neill (Admitted Pro Hac Vice)
Kathleen M. Ryan (Admitted Pro Hac Vice)                Michael R. Menssen, Esq.
Email: gelden@shb.com                                   Mayer & Brown LLP
Email: rmendoza@shb.com                                 Email: mmenssen@mayerbrown.com
Email: pfoneill@shb.com                                 *Attorneys for Defendant*
*Attorneys for Plaintiff*                               *Winecup Gamble, Inc.*
*Union Pacific Railroad Company*

IT IS SO ORDERED.

DATED: 12/5/22

_____
UNITED STATES JUDGE