1
2
3
4
5
6
7
8
9
10
11
12
13
14

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>WINECUP GAMBLE, INC., a Nevada Corporation,<br><br>                    Defendant. | Case No. 3:17-cv-00477-LRH-CLB<br><br>**ORDER GRANTING UNOPPOSED MOTION SEEKING PERMISSION FOR WINECUP GAMBLE TO FILE AN OVERLENGTH RESPONSE TO UNION PACIFIC'S MOTION FOR JUDGMENT AS A MATTER OF LAW, OR, ALTERNATIVELY, A NEW TRIAL** |

24
25
26
27
28

1     Defendant Winecup Gamble hereby requests permission to file a response that is eight

2  pages over length to Union Pacific's "Supplemental Motion For Judgment as a Matter of Law, or,

3  Alternatively, a New Trial," ECF No. 303 (the "Motion"). Winecup's response is due on

4  December 23, 2022. ECF No. 305. Pursuant to Local Rule 7-3(b), the response to a post-trial

5  motion is limited to 24 pages. Good cause exist for granting this request for two reasons. First,

6  when the endnotes in Union Pacific's Motion are considered, the Motion was actually 32 pages,

7  not 24 pages. *See* Declaration of Michael Menssen, attached hereto as Exhibit 1. As such, this

8  request will provide Winecup with the same number of pages as Union Pacific used in the

9  Motion. Second, the Motion raised numerous distinct issues in what is essentially two distinct

10  motions: a motion for judgment as a matter of law under Rule 50, and a motion for a new trial

11  under Rule 59. *Id*. While Winecup endeavors to be concise in its response, eight additional pages

12  will be helpful to allow Winecup to adequately state the facts and law in support of its position.

13     Winecup has conferred with Union Pacific's counsel via email about this motion for eight

14  additional pages, and Union Pacific has indicated that it does not oppose this request. *Id*.

15  DATED:  December 20, 2022          /s/ *Michael R. Menssen*
                                        William E. Peterson (NV Bar No. 1528)
16                                      Janine C. Prupas (NV Bar No. 9136)
                                        50 West Liberty Street, Suite 510
17                                      Reno, NV  89501

18                                      David J. Jordan (Utah Bar No. 1751)
                                        FOLEY & LARDNER LLP
19                                      95 South State Street, Suite 2500
                                        Salt Lake City, UT 84111
20
                                        Michael R. Menssen (Utah Bar No. 15424)
21                                      MAYER BROWN LLP
                                        10 W. Broadway, Suite 700
22                                      Salt Lake City, UT  84101

23                                      *Attorneys for Defendant Winecup Gamble,*
                                        *Inc.*
24

25  IT IS SO ORDERED.

26

27  DATED: ___12/20/22___          _____

28                                  UNITED STATES DISTRICT JUDGE