PARSONS BEHLE & LATIMER
Michael R. Kealy, Esq., NV Bar No. 971
Ashley C. Nikkel, Esq., NV Bar No. 12838
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: (775) 323-1601
Email: mkealy@parsonsbehle.com
anikkel@parsonsbehle.com

SHOOK HARDY & BACON LLP
Gary M. Elden (Admitted Pro Hac Vice)
Riley C. Mendoza (Admitted Pro Hac Vice)
Peter F. O'Neill (Admitted Pro Hac Vice)
Kathleen M. Ryan (Admitted Pro Hac Vice)
111 S. Wacker Drive, Suite 4700
Chicago, Illinois 60606
Telephone: (312) 704-7700
Email: gelden@shb.com
rmendoza@shb.com
pfoneill@shb.com
kxryan@shb.com

*Attorneys for Plaintiff*
*Union Pacific Railroad Company*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,<br><br>Plaintiff,<br>v.<br><br>WINECUP GAMBLE, INC., a Nevada corporation,<br><br>Defendant. | Case No. 3:17-cv-00477-LRH-CLB<br><br>**UNION PACIFIC RAILROAD COMPANY'S NOTICE OF APPEAL** |

Plaintiff Union Pacific Railroad Company appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered on September 30, 2022 (Dkt. 283) and the order entered on June 16, 2023 (Dkt. 314) denying Plaintiff's motion for judgment as a matter of law or for a new trial, as well as all orders and rulings merged into these rulings, including without limitation the Court's December 4, 2020 order regarding motions *in limine* (Dkt. 198), the Court's

PARSONS
BEHLE &
LATIMER

June 19, 2022 order regarding the proper measure of damages (Dkt. 203), and the Court's December 12, 2022 order approving the bill of costs (Dkt. 306).

Plaintiff Union Pacific Railroad Company also appeals to the United States Court of Appeals for the Ninth Circuit from the Court's June 16, 2023 order granting Defendant Winecup Gamble, Inc.'s motion for attorneys' fee (Dkt. 313).

| | |
|---|---|
| Date: July 13, 2023 | Respectfully submitted, |
| | UNION PACIFIC RAILROAD COMPANY |
| | /s/ *Gary M. Elden* |
| PARSONS BEHLE & LATIMER<br>Michael R. Kealy, Esq., NV Bar No. 971<br>Ashley C. Nikkel, Esq., NV Bar No. 12838<br>50 W. Liberty Street, Suite 750<br>Reno, Nevada 89501<br>Telephone: (775) 323-1601<br>Email: mkealy@parsonsbehle.com<br>           anikkel@parsonsbehle.com | SHOOK, HARDY & BACON L.L.P.<br>Gary M. Elden (Admitted Pro Hac Vice)<br>Riley C. Mendoza (Admitted Pro Hac Vice)<br>Peter F. O'Neill (Admitted Pro Hac Vice)<br>Kathleen M. Ryan (Admitted Pro Hac Vice)<br>111 S. Wacker Drive, Suite 4700<br>Chicago, Illinois 60606<br>Telephone: (312) 704-7700<br>Email:  gelden@shb.com<br>            rmendoza@shb.com<br>            pfoneill@shb.com<br>            kxryan@shb.com |

*Attorneys for Plaintiff Union Pacific Railroad Company*

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the law firm of Shook, Hardy & Bacon, LLP, and that on **July 13, 2023**, I filed a true and correct copy of the foregoing document with the Clerk through the Court's CM/ECF System, which sent electronic notification to all registered users addressed as follows.

>William E. Peterson
>Janine C. Prupas
>Snell & Wilmer, LLP
>50 West Liberty Street, Suite 510
>Reno, NV 89501
>wpeterson@swlaw.com
>jprupas@swlaw.com
>
>David J. Jordan, Esq.
>Foley & Lardner LLP
>299 South Main Street, Suite 2000
>Salt Lake City, UT 84111
>djordan@foley.com
>
>Michael R. Menssen
>Mayer Brown LLP
>10 W. Broadway, Suite 700
>Salt Lake City, UT 84101
>mmenssen@mayerbrown.com

*Attorneys for Defendant Winecup Gamble, Inc.*

Dated: July 13, 2023            /s/ *Natalie Funk*
                                Employee of Shook, Hardy & Bacon L.L.P.

PARSONS
BEHLE &
LATIMER