UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>WINECUP GAMBLE, INC., a Nevada corporation,<br><br>Defendant. | Case No. 3:17-cv-00477-LRH-CLB<br><br>ORDER |

Before the Court is Plaintiff's Motion pursuant to Fed. R. Civ. P. 62 to Stay Execution of the Judgment. ECF No. 315. Defendant has not filed a response and the time to file any response has since passed. However, Plaintiff has stated that, "Union Pacific has conferred with Winecup about this motion and Winecup does not oppose Union Pacific's request for stay or the waiver of the bond requirement." ECF No. 315, 2:10-12.

IT IS THEREFORE ORDERED that the Plaintiff's Motion pursuant to Fed. R. Civ. P. 62 to Stay Execution of the Judgment (ECF No. 315) is **GRANTED**.

IT IS ORDERED that a stay of the fee and costs awards (ECF No. 313) without the requirement of a bond is **GRANTED** until 30 days after an appellate mandate is issued affirming the judgments.

IT IS SO ORDERED.

DATED this 22nd day of August, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE