UNITED STATES DISTRICT COURT

***** DISTRICT OF     NEVADA

Union Pacific Railroad Company,

    Plaintiff,

V.

Winecup Ranch, LLC, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:17-cv-00477-LRH-CLB

_____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_____ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**XX** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

Fees and costs awarded to defendant. Union Pacific shall pay $922,002.50 in fees and $121,169.64 in nontaxable expenses.

    February 28, 2024                                               **DEBRA K. KEMPI**
                                                                                    Clerk of Court

                                                                                    /s/ Lia Griffin
                                                                                    Deputy Clerk